IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0613

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RYAN PATRICK MORRIS and TROY NELSON,

Defendants and Appellants.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 1, 2020, within which to prepare, serve, and file its response brief.

**RB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 22 2020